# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: NEUMAN, BONNIE L                    § Case No. 08-14179
                                           §
                                           §
Debtors                                    §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | |
|---|---|
| *The Final Report shows receipts of* | $ 10,002.42 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance of* | $ 10,002.42 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | JOSEPH R. VOILAND | $ 1,750.20 | $ 219.74 |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ 250.00 | $ |
| Fees, | United States Trustee | $ | $ |

**UST Form 101-7-NFR (4/1/2009)**

*Other* _____ $_____ $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Attorney for debtor* _____ | $_____ | $_____ |
| *Attorney for* _____ | $_____ | $_____ |
| *Accountant for* _____ | $_____ | $_____ |
| *Appraiser for* _____ | $_____ | $_____ |
| *Other* _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 734.75 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | LVNV Funding LLC | $ 159.84 | $ 159.84 |
| 2 | Nicor Gas | $ 574.91 | $ 574.91 |

**UST Form 101-7-NFR (4/1/2009)**

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 3 | Frank Giampoli | $ 4,670.70 | $ 4,162.49 |
| 4 | Win Wehrli | $ 3,237.50 | $ 2,885.24 |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| N/A | | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-NFR (4/1/2009)**

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

Northern District of Illinois
219 S. Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application or the Final Report, must file a written objection within 20 days of the date of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

If local court rules so require, the following procedure for objecting must be followed:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 on 09/03/2009 in Courtroom 140, United States Courthouse,
Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 07/26/2009     By: /s/JOSEPH R. VOILAND
                                    Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (4/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: corrinal              Page 1 of 1                  Date Rcvd: Jul 27, 2009
Case: 08-14179                 Form ID: pdf006             Total Noticed: 22

The following entities were noticed by first class mail on Jul 29, 2009.
db           +Bonnie L Neuman,    104 South Third Avenue,    Saint Charles, IL 60174-2142
aty          +Scott W. Sheen,    Scott W. Sheen & Associates PC,    713 East Main Street,
               St Charles, IL 60174-2231
tr           +Joseph Voiland,    Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
12292447     +AD Financial Trust,    Freedman Anselmo Lindberg & Rappe,    P.O. Box 3228,
               Naperville, IL 60566-3228
12292448     +Cap One,   Po Box 85520,    Richmond, VA 23285-5520
12292449     +Central Dupage Hospital,    0N025 North Winfield Road.,    Winfield, IL 60190-1295
12292450     +Cit Group Sales Fin,    Po Box 24610,    Oklahoma City, OK 73124-0610
12292451      Crd Prt Asso,    One Galleria Tower,    Dallas, TX 75240
12292452      Financial Asset Management,    P.O. Box 451409,    Atlanta, GA 31145-9409
12292453     +Frank Giampoli,    428 South Batavia,    Batavia, IL 60510-2537
12292455     +GMAC,    15303 South 94TH AVE,    Orland Park, IL 60462-3825
12292454     +Global Credit & Collections,    300 International Drive Suite 100,    P>M>B> 10015,
               Williamsville, NY 14221-5783
12292457      Nationwide Recovery Systems,    P.O. Box 702257,    Dallas, TX 75370-2257
12292458     +Nicor Gas,    1844 Ferry Road,    Naperville, IL 60563-9600
12292460      Provena St. Joseph,    77 North Airlite Street.,    Elgin, IL 60123-4912
12292459      Provena St. Joseph,    75 Remittance Drive # 1174,    Chicago, IL 60675-1174
12292461     +Torres Credit Srv,    27 Fairview St Ste 301,    Carlisle, PA 17015-3200
12292462      West Asset Management,    2703 W Highway 75,    Sherman, TX 75092
12292463     +Win Wehr Li,    104 South Parkway Drive,    Naperville, IL 60540-5254
The following entities were noticed by electronic transmission on Jul 28, 2009.
13573486      E-mail/Text: resurgentbknotifications@resurgent.com                           LVNV Funding LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12292456     +E-mail/Text: resurgentbknotifications@resurgent.com                           Lvnv Funding Llc,
               Po Box 740281,    Houston, TX 77274-0281
13868900     +E-mail/Text: bankrup@nicor.com                                                Nicor Gas,   PO Box 549,
               Aurora IL 60507-0549
                                                                                             TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 29, 2009**                    **Signature:**    *Joseph Speetjens*